IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GENE KNIGHT HOMES, INC. and
GENE KNIGHT                                                        PLAINTIFFS

    vs.                          CASE No. 04-5218

BOBBY C. HALL, PAT HALL and
ANDY CLEVELAND, d/b/a Advantage
Design and Drafting                                                DEFENDANTS

## O R D E R

On June 30, 2005, a judgment was entered in favor of plaintiffs and against defendants Bobby C. Hall, Pat Hall, and Andy Cleveland, jointly and severally, in the amount of $10,000.00. Currently before the Court is plaintiff's **Motion to Compel Discovery (Doc. 38).** Plaintiff states that the Halls have failed to respond to post-judgment interrogatories and requests for production of documents. No response to the motion to compel has been filed. Upon due consideration, plaintiff's **Motion to Compel Discovery (Doc. 38) is GRANTED.** The Halls shall have ten days from the date of this order in which to respond to the interrogatories and requests for production of documents. Further, as the Halls have offered no justification for their failure to respond to the discovery requests, they are hereby ordered to pay plaintiff's attorney's fees associated with the filing of the motion to compel in the amount of $125.00. See Fed. R. Civ. P. 37(a)(4)(A).

IT IS SO ORDERED this 30th day of November 2005.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE